## GRAHAM *v.* YOUNG.

*Atkinson, J.*—The only issues involved at the trial in the magis-- trate's court were upon questions of fact, and his findings thereon were sufficiently supported by the evidence.   There was· no error in overruling the *certiorari.*     *Judgment affirmed.*
November 16, 1896.   Argued at the last term.

*Certiorari.*   Before Judge Griggs.   Early superior· court.   October term, 1895.

*R. H. Sheffield*, for plaintiff in error.
*R. H. Powell & Son* and *G. D. Oliver*, contra.